1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA 94102-7004
     Telephone: (415) 703-5506
5    Fax: (415) 703-5480

6  Attorneys for the Superior Court of California, County
   of Santa Cruz and the Honorable Irwin Joseph,
7  Commissioner of the Superior Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **HUGH HOWARD,**<br><br>                             Plaintiff,<br><br>v.<br><br>**THE SUPERIOR COURT OF CALIFORNIA, SANTA CRUZ COUNTY, DEPARTMENT 4,**<br><br>and<br><br>**COMMISSIONER IRWIN JOSEPH**<br><br>                             Defendants | C-07-3858 EMC<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

///
///
///
///
///

1  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2  Dated: August 22, 2007.

Respectfully submitted,B

EDMUND G. BROWN JR.
Attorney General of the State of California

TOM BLAKE,
Deputy Attorney General

By: /s/ Tom Blake
     TOM BLAKE

Attorneys for the Defendants Superior Court of California, County of Santa Cruz and the Honorable Irwin Joseph, Commissioner of the Superior Court

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **HOWARD, Hugh v. Superior Court**

No.:   **C 07-3858-GMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 22, 2007, I served the attached CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hugh Howard
P.O. Box 2216
Willits, California 95490

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2007, at San Francisco, California.

| Lorraine Smith | *Lorraine Smith* (signature) |
|---|---|
| Declarant | Signature |

40168597.wpd