United States District Court
For the Northern District of California

1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
9
10  HUGH HOWARD,                                Case No. 07-3858 EMC
11          Plaintiff,
12      v.
13  THE SUPERIOR COURT OF CALIFORNIA,
    et al.,
14
15          Defendants.
16  _____/
17

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

18
19
20      The Clerk of this Court will now randomly reassign this case to a United States District
21  Judge because either:
22      ( x )   One or more of the parties has requested reassignment to a United States District
23  Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
24      ( )     One or more of the parties has sought a type of judicial action (e.g., a temporary
25  restraining order) that a United States Magistrate Judge may not take without the consent of all
26
27  parties, the necessary consents have not been secured, and time is of the essence.
28

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: September 28, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California