1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TOM BLAKE
   Deputy Attorney General
3  State Bar No. 51885
     455 Golden Gate Avenue, Suite 11000
4    San Francisco, CA 94102-7004
     Telephone: (415) 703-5506
5  Fax: (415) 703-5480

6  Attorneys for the Superior Court of California, County
   of Santa Cruz and the Honorable Irwin Joseph,
7  Commissioner of the Superior Court

8
              IN THE UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12  **HUGH HOWARD,**                          C-07-3858 HMP

13                            Plaintiff,      [Proposed] ORDER DISMISSING
                                              COMPLAINT [F.R.C.P., Rule 12(b)]
14              v.

15  **THE SUPERIOR COURT OF CALIFORNIA,**
    **SANTA CRUZ COUNTY, DEPARTMENT 4,**
16
                **and**
17
    **COMMISSIONER IRWIN JOSEPH**
18
                              Defendants
19

20
           The Motion to Dismiss pursuant to Rule 12(b) Federal Rules of Civil Procedure,
21
   filed by defendant Superior Court of California, County of Santa Cruz and the Honorable Irwin
22
   Joseph, Commissioner of the Superior Court was heard in open court on October 17, 2007. Plaintiff
23
   appeared in pro se. The Superior Court of California, County of Santa Cruz and the Honorable Irwin
24
   Joseph, Commissioner of the Superior Court, appeared by counsel, Tom Blake, Deputy Attorney
25
   General.
26
           The Court GRANTS the Motion to Dismiss as to defendants Superior Court of
27
   California, County of Santa Cruz and the Honorable Irwin Joseph, Commissioner of the Superior
28

**Proposed Order Dismissing Complaint**                        Case No. CV-07-3858 HMP

1   Court, on the grounds that the Court is without jurisdiction as to the State of California and the

2   courts and judicial branch officials thereof; that the complaint fails to state a claim upon which

3   relief can be granted against the moving defendants.

4

5   Dated: _____

6

7

8                              MARILYN HALL PATEL
                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Proposed Order Dismissing Complaint**                     Case No. CV-07-3858 HMP

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **HOWARD, Hugh v. Superior Court**

No.:    **C 07-3858-GMC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>October 11, 2007,</u> I served the attached **[Proposed] ORDER DISMISSING COMPLAINT [F.R.C.P., Rule 12(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Hugh Howard
P. O. Box 2216
Willits, Californai 95490

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 11, 2007, at San Francisco, California.

| Marlene Dong | /s/ Marlene Dong |
|---|---|
| Declarant | Signature |

20109153.wpd