UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGH HOWARD, | No. C 07-03858 MHP |
| Plaintiff(s), | **CLERK'S NOTICE** |
| v. | |
| THE SUPERIOR COURT OF CALIFORNIA SANTA CRUZ COUNTY, | |
| Defendant(s). | |

The case management conference in this matter currently set for November 19, 2007, is VACATED, and shall be re-noticed if necessary, pending resolution of defendant's motion to dismiss, currently on calendar for December 10, 2007 at 2:00 p.m., before the honorable Marilyn Hall Patel.

Richard W. Wieking
Clerk, U.S. District Court

Dated: November 9, 2007

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140