UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HUGH HOWARD,

        Plaintiff,

  v.

THE SUPERIOR COURT OF CALIFORNIA
SANTA CRUZ COUNTY et al,

        Defendant.
                                        /

Case Number: CV07-03858 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hugh Howard
P.O. Box 2216
Willits, CA 95490

Dated: November 9, 2007

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk