**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: December 10, 2007

Case No.   C 07-3858  MHP                    Judge: MARILYN H. PATEL

Title: HUGH HOWARD -v- SANTA CRUZ SUPERIOR COURT et al

Attorneys:  Plf: Hugh Howard
            Dft: Tom Blake

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Defendants' Motion to Dismiss

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Court grants motion to dismiss; Order to issue;